UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOHN SHERMAN,

        Plaintiff,

    v.

LAKE COUNTY JAIL, et al.,

        Defendants.

Case No.  21-cv-05950-HSG

**ORDER REGARDING RECENT FILINGS**

Re: Dkt. Nos. 13, 16

Plaintiff, an inmate at Lake County Jail, has filed a *pro se* action pursuant to 42 U.S.C. § 1983.  On August 25, 2021, the Court dismissed the complaint with leave to amend.  Dkt. No. 15.  That same day and the following day, August 26, 2021, the Court docketed letters received from Plaintiff wherein he expresses concerns about the lack of, or inadequate, treatment for his medical needs, such as his migraine headaches, diarrhea, chest pain, rotten teeth, weak immune system, and severe rash; and alleges that his public defender is providing inadequate legal representation.  Dkt. Nos. 13, 16.  Plaintiff requests to be released from prison due to the lack of treatment.  *Id.*  Currently, there is no operative complaint and no defendants have yet been served. The Court therefore cannot order any relief.  The Court cannot act on Plaintiff's letters until he has stated cognizable claims in an amended complaint.  Plaintiff is cautioned that repeatedly filing letters with the Court listing various complaints merely clutters the record and serves no legal purpose because the Court cannot provide relief until there is an operative complaint and the relevant defendants have been served.

      **IT IS SO ORDERED.**

Dated:  September 3, 2021

HAYWOOD S. GILLIAM, JR.
United States District Judge