UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN SHERMAN,<br><br>          Plaintiff,<br><br>     v.<br><br>LAKE COUNTY JAIL, et al.,<br><br>          Defendants. | Case No. 21-cv-05950-HSG<br><br>**JUDGMENT** |

For the reasons set forth in the Order of Dismissal, this action is DISMISSED without prejudice. The Clerk shall enter judgment in favor of Defendants, terminate all remaining motions as moot, and close the case.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: 10/4/2021

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge